IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BILLY SHEPPARD, #35658**                                                          **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 5:06cv130DCB-MTP**

**MELVIN ROBERTS and CHRISTOPHER EPPS**                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of November, 2006.

                                                                S/DAVID BRAMLETTE
                                                                UNITED STATES DISTRICT JUDGE